IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRET GOLDEN MACARTHUR,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD GARDEN et al.,<br><br>        Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:15-CV-117-DB<br><br>District Judge Dee Benson |

In an Order dated July 11, 2017, the Court required Plaintiff to--within thirty days--file an amended complaint. More than two months later, Plaintiff has not responded. The Court last heard from Plaintiff on May 22, 2017, when he unsuccessfully moved for appointed counsel.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

DATED this 20th day of September, 2017.

BY THE COURT:

        */s/ Dee Benson*
        JUDGE DEE BENSON
        United States District Court