Bret G. MacArthur, 194568
Utah State Prison
P.O. Box 250
Draper, Utah 84020

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

NOV - 6 2017

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

# United States District Court for the District of Utah
# Central Division

| | |
|---|---|
| Bret Golden MacArthur Pro Se<br>PLAINTIF<br><br>VS<br><br>Richard Garden et al.,<br>DEFENDANTS | Motion to Re-Open The Case Previously closed due to an error or a mistake<br><br>**PRO SE**<br><br>Case: 2:15-CV-00117-DB<br>District Judge Dee Benson |

Plaintif Bret G MacArthur pro se hereby moves the honorable court to reopen the above Captioned case.

The reason for this request is that he has vigorously prosicuted this case to the best of his ability and the case was only closed due to an error or a mistake

Dated this 12th day of October, 2017

Bret MacArthur
Pro Se

Pg. 1 of 1

Bret G. MacArthur, 194568
Utah State Prison
P.O. Box 250
Draper, Utah 84020

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
NOV - 6 2017
D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

# United States District Court for the District of Utah
## Central Division

| | |
|---|---|
| Bret Golden MacArthur Pro Se<br>PLAINTIF<br><br>VS<br><br>Richard Garden et.al.,<br>DEFENDANTS | Brief in Support of motion to reopen the case previously closed due to an error or a mistake<br><br>Case: 2:15-CV-00117-DB<br>District Judge Dee Benson |

Statements of Fact:

1. The order to file an ammended complaint was Entered on April 20, 2017 not July 11, 2017 as stated in the memorandum ~~and~~ decision and order dated Sept 20, 2017.

2. Plaintif's motion to ammend the complaint was 'In the Box' to the contract attorneys for the Utah State prison on May 15, 2017 and recieved their memo, and his copies, that the ammended complaint had been mailed to the court. The memo was dated May 18, 2017.

Arguments:

The plaintif can think of three possible reasons why the court might have failed to recognize his performance in response to its April 20, 2017 order:

1. The Contract Attorneys failed to properly mail the Motion to Ammend the Complaint to the court. But as it appears the court recieved the Motion for Appointment of Council that was part of the same mailing this would be unusual.

2. The Court recieved the Motion to Ammend the complaint along with the supporting memo but did not recognize it as responsive to its order of April 20, 2017.

3. The Court was looking for the Ammended Complaint after the order dated July 11, 2017 believing it to be the Original order to Ammend the Complaint and not a ruling on plaintifs request for more time as plantif believed.

In any of these possibilities the plaintif had still done his very best to be responsive to the orders of the court and should not be penalized by having his case closed.

The plaintiff beggs the courts continued indulgence for the following reasons:

1. Plaintiff does not have access to the court building or the internet to be able to verify his submissions to the court are recieved.

2. Plaintiff does not have access to a law library nor to persons knowledgable in the law.

Dated this 12th day of October, 2017

Brit MacArthur
pro se

Bret G. MacArthur, 194568
Utah State Prison
P.O. Box 250
Draper, Utah 84020

United States District Court for the District of Utah
Central Division

| | |
|---|---|
| Bret Golden MacArthur Pro Se<br>PLAINTIF<br><br>VS<br><br>Richard Garden et al.,<br>DEFENDANTS | Declaration in support of Motion to reopen case previously closed due to an error or a mistake<br><br>Case: 2:15-CV-00117-DB<br>District Judge Dee Benson |

Plaintif Bret Golden MacArthur declairs under penalty of Purgery:

1. On 4/25/17 I recieved a notice of Order and Memorandum Decision in Case 2:15-CV-117-DB set before Judge Dee Benson.
    a) This Order filed 4/20/17 required me to file an ammended complaint to cure a list of deficiencies in my original complaint before further pursuing my claims.

pg 1 of 3

2. Within a week of recieving this order I sent the court a motion requesting an extension of the time for me to file an Amended Complaint.

3. Not knowing if the extension would be granted, I labored diligently to produce the Amended Complaint within the original 30 day limit.

4. Having not recieved a ruling from the court on my motion for an extension by the 15th of May, 2017, I sent to the contract attorneys for the Utah State prison the following:

   a) A 30 page Motion to Amend the Complaint Signed and dated May 15, 2017.

   b) A 2 page Plaintiffs Memo in Support of Motion to Amend the Complaint signed and dated May 15, 2017.

   c) A 1 page Motion for Appointment of Council signed and dated May 15, 2017.

   I requested copies of the above documents and that the originals be mailed to

the U.S. District Court, District of Utah.

5. On May 22, 2017 I recieved a memo from the contract attorneys dated May 18, 2017 stating that the documents had been mailed to the U.S. District Court along with photocopies of all the documents listed in (4) above.

   a) I have this memo and photocopies in my possession.

6. On or about 7/15/17 I recieved an order denying my motion to Appoint Council and ordering that my Amended Complaint was due in 30 days.

This order was signed by Judge Dee Benson on 7/11/2017.

I understood this last order as denying my request for an extension as listed in (2) above. As I had mailed my motion to Amend the Complaint within the original 30 day time limit, I did not believe any further action on my part was required.

Dated this 12th day of October, 2017

Bret MacArthur
Pro Se

Bret MacArthur, 194568
PCF H-27
Utah State Prison
P.O. Box 250
Draper, Utah 84020-0250

INMATE MAIL
UTAH STATE PRISON
P.O. BOX 250
DRAPER, UT 84020



United States District Court
Room 1.100
351 South West Temple
Salt Lake City, Utah 84101

Privileged Legal Mail